*E-Filed 3/28/11*

BRIGID S. MARTIN (CA Bar No. 231705)
JACKLIN CHOU LEM (CA Bar No. 255293)
MAY LEE HEYE (CA Bar No. 209366)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0061 RS |
| v. | STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) |
| POLO SHU-SHENG HSU, | DATE: March 29, 2011 |
| Defendant. | TIME: 2:30 p.m. |
| | COURT: Hon. Richard Seeborg |

On February 8, 2011, the United States filed a one-count Information charging Polo Shu-Sheng Hsu ("Defendant") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of aftermarket auto lights sold in the United States and elsewhere, in violation of the Sherman Antitrust Act, 15 U.S.C. § 1. The Defendant is scheduled for a change of plea and possible sentencing on March 29, 2011. The Defendant will waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C). The United States and the Defendant have filed a Joint Sentencing Memorandum describing the material terms of the plea agreement and the agreed upon recommended sentence.

//

//

1  IT IS HEREBY STIPULATED AND AGREED as follows:

2        The United States and the Defendant request that the Court sentence the Defendant on an expedited basis pursuant to Crim. L.R. 32-1(b) on March 29, 2011. The United States and Defendant respectfully submit that the Joint Sentencing Memorandum and the Plea Agreement provide sufficient information for the Court to impose a sentence on March 29, 2011, the same date as the change of plea hearing, without a presentence report.

Dated: _March 15_, 2011

Respectfully submitted,

BY: _/s/ Ed Swanson_              BY: _Jacklin Chou Lem  3-11-11_

Ed Swanson
Swanson, McNamara & Haller LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Tel: (415) 477-3800
Counsel for Polo Shu-Sheng Hsu

Brigid S. Martin
Jacklin Chou Lem
May Lee Heye
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102

Based on the stipulation of the parties, and for good cause shown,

**IT IS SO ORDERED.**

Dated: _3/28_, 2011

_/s/ Richard Seeborg_

Honorable Richard Seeborg
United States District Court Judge

[~~PROPOSED~~] ORDER FOR
EXPEDITED SENTENCING
Polo Shu-Sheng Shu        -2-